UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In re:  Bankr. Case No. 16-20157-DLS-13

MICHAEL W. SMITH  Chapter 13
    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on February 17, 2016 :

DAVID A REED
7823 PARALLEL PKWY
KANSAS CITY, KS  66112

William H. Griffin
5115 Roe Blvd
Ste 200
Roeland Park, KS 66205-2393

By /s/ Mandy Youngblood
Mandy Youngblood

xxxxx91587 / 727751